MEMORANDUM OPINION

 

No. 04-10-00758-CR

 

Lavelle T. MANOS,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the County Court
at Law No 7, Bexar County, Texas

Trial Court No. 278072

Honorable Monica
Guerrero, Judge Presiding

 

PER CURIAM

 

Sitting:          Rebecca Simmons,
Justice

                     Steven
C. Hilbig, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  November 3, 2010

 

DISMISSED

 

Appellant has filed a motion to dismiss this appeal by withdrawing the notice of appeal.  The motion
is granted, and this appeal is dismissed.  See Tex. R. App. P. 42.2(a).

 

PER
CURIAM

 

DO NOT PUBLISH